IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEREMY ALLEN, | ) |
| *Plaintiff,* | ) **00C 2585** |
| -vs- | ) No. 00 CV __JUDGE LINDBERG |
| CHICAGO POLICE DETECTIVE JAMES O'BRIEN, | ) (Jury demand) MAGISTRATE JUDGE DENLOW |
| *Defendant.* | ) |

## COMPLAINT

plaintiff, by counsel, alleges as follows:

1. This is a civil action arising under 42 U.S.C. §1983. The jurisdiction of this Court is conferred by 28 U.S.C. §1343.

2. Plaintiff Jeremy Allen is a resident of the Northern District of Illinois.

3. Defendant James O'Brien was at all times relevant acting under color of his authority as a police detective of the City of Chicago and is sued in his individual capacity.

4. On May 12, 1996, a man named Phillip Spears was murdered in the City of Chicago. Several eyewitnesses told the investigating officers, who did not include defendant O'Brien, that they were unable to identify the perpetrators of the offense.

5. Thereafter, defendant O'Brien became involved in the case and O'Brien misused his office to cause two persons who had been present at the scene to falsely identify plaintiff as the shooter.

6. As the direct and proximate result of defendant's above described wrongdoing, plaintiff was wrongfully prosecuted for the murder of Phillips.

7. Plaintiff was acquitted of the murder on April 29, 1998.

8. As the direct and proximate result of defendant's wrongdoing, plaintiff was deprived of rights secured by the Fourth and Fourteenth Amendments to the Constitution of the United States, was wrongfully incarcerated, required to retain counsel, and subjected to severe emotional distress.

9. Plaintiff hereby demands trial by jury.

WHEREFORE plaintiff pray that judgment be entered against defendant in an amount in excess of one hundred thousand dollars as compensatory damages and fifty thousand dollars for each plaintiff as punitive damages.

KENNETH N. FLAXMAN
122 South Michigan Avenue
Suite 1850
Chicago, Illinois 60603
(312) 427-3200
*attorney for plaintiff*

Civil Cover Sheet                                                                                    Page 1 of 2



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

00C 2585

JUDGE LINDBERG

MAGISTRATE JUDGE DENLOW

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s):** Jeremy Allen

County of Residence: Cook

Plaintiff's Atty: Kenneth N. Flaxman
122 S Michigan Ave, Ste 1850
Chicago, IL 60603
(312) 427-3200

**Defendant(s):** Chicago Police Detective James O'Brien

County of Residence:

Defendant's Atty:

II. Basis of Jurisdiction:    **3. Federal Question (U.S. not a party)**

III. Citizenship of Principle Parties (Diversity Cases Only)
    Plaintiff:-**N/A**
    Defendant:-**N/A**

DOCKETED
MAY 01 2000

IV. Origin :    **1. Original Proceeding**

V. Nature of Suit:    **440 Other Civil Rights**

VI. Cause of Action:    **42 U.S.C. Section 1983: Section 1983 malicious prosecution**

VII. Requested in Complaint
    Class Action:**No**
    Dollar Demand:**100,000**
    Jury Demand:**Yes**

VIII. This case **Is NOT** a refiling of a previously dismissed case. (If yes case number__ by Judge __)

Signature:

Date: 4/28/00

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the**

http://www.ilnd.uscourts.gov/_vti_bin/shtml.dll/Forms/cvcover.htm                                        4/28/00

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

00C 2585

JUDGE LINDBERG
MAGISTRATE JUDGE DENLOW

In the Matter of
JEREMY ALLEN, Plaintiff,
   vs.
CHICAGO POLICE DETECTIVE JAMES O'BIEN,
   Defendant.

Case Number:

**APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:**

Jeremy Allen, plaintiff

| (A) | (B) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME: KENNETH N. FLAXMAN | NAME |
| FIRM: KENNETH N. FLAXMAN PC | FIRM |
| STREET ADDRESS: 122 South Michigan Ave., Suite 1850 | STREET ADDRESS |
| CITY/STATE/ZIP: Chicago, Illinois 60603 | CITY/STATE/ZIP |
| TELEPHONE NUMBER: (312) 427-3200 | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER: 00830399 | IDENTIFICATION NUMBER |
| MEMBER OF TRIAL BAR? YES [X] NO [ ] | MEMBER OF TRIAL BAR? YES [ ] NO [ ] |
| TRIAL ATTORNEY? YES [X] NO [ ] | TRIAL ATTORNEY? YES [ ] NO [ ] |
|  | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |

DOCKETED MAY 01 2000

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER | IDENTIFICATION NUMBER |
| MEMBER OF TRIAL BAR? YES [ ] NO [ ] | MEMBER OF TRIAL BAR? YES [ ] NO [ ] |
| TRIAL ATTORNEY? YES [ ] NO [ ] | TRIAL ATTORNEY? YES [ ] NO [ ] |
| DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |

PLEASE COMPLETE IN ACCORDANCE WITH INSTRUCTIONS ON REVERSE.