Minute Order Form (CV/97)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 2585 | **DATE** | 11/17/2000 |
| **CASE TITLE** | Jeremy Allen vs. Chicago Police Detective James O'Brien | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**MOTION:**

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter agreed order of dismissal. All matters in controversy having been resolved, it is hereby ordered that the litigation is dismissed with prejudice, each party shall bear its own costs and attorney's fees. By consent of the parties, the Court shall retain jurisdiction through 2/19/01 for the purpose of enforcing settlement.

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | No notices required, advised in open court. | | | |
|---|---|---|---|---|
| | No notices required. | | number of notices | **Document Number** |
| ✓ | Notices mailed by judge's staff. | | NOV 29 2000 | |
| | Notified counsel by telephone. | | date docketed | |
| | Docketing to mail notices. | | docketing deputy initials | 14 |
| | Mail AO 450 form. | | 11/17/2000 | |
| | Copy to judge/magistrate judge. | FD-7 FILED FOR DOCKETING | date mailed notice | |
| DK | courtroom deputy's initials | 00 NOV 17 PM 2: 30 | DK | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JEREMY ALLEN,                          )
                                       )
            Plaintiff,                 )
                                       )
    vs.                                )      No. 00 C 2585
                                       )      Judge Lindberg
CHICAGO POLICE DETECTIVE               )      Magistrate Denlow
JAMES O'BRIEN,                         )
                                       )
            Defendant.                 )

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having

reached agreement to settle this matter, and the respective parties being represented by

counsel, plaintiff, Jeremy Allen, by his attorney, Kenneth Flaxman, and defendant, James

O'Brien, by one of his attorneys, Assistant Corporation Counsel Sheri H. Mecklenburg, and

the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss,

the Court, after reviewing the Release and Settlement Agreement, finding it to be fair and

reasonable, and being otherwise fully advised in the premises, hereby incorporates the terms of

the Release and Settlement Agreement herein and further orders as follows:

1.      All of the claims of plaintiff, Jeremy Allen, against defendant, James O'Brien,

are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in

accordance with the Release and Settlement Agreement.

DOCKETED
NOV 2 0 2000

2.    The Court retains jurisdiction to enforce the provisions of the Release and

Settlement Agreement filed herein and this Agreed Order of Dismissal.

ENTER: *Morton Denlow*

MORTON DENLOW, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

DATED: *November 17, 2000*

Sheri H. Mecklenburg
Assistant Corporation Counsel
30 North LaSalle Street
Suite 900
Chicago, Illinois  60602
(312) 744-6905
Attorney No.  06183793

2